

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/03/2020

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KSHETRA MANASH CHAKRAVARTY | § | CASE NUMBER: 20-34857 |
| | § | |
| | § | |
| | § | CHAPTER 13 |
| | § | |
| DEBTOR | § | |
| | § | |

### ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR APPROVAL OF SALE OF PROPERTY
(This Resolves Docket No. _____)

**CAME ON FOR CONSIDERATION** the *Debtor's Emergency Motion for Approval of Sale of Property* and it appearing to the Court that the Motion is with merit, and that the relief requested therein should be granted. It is therefore ordered that:

1. The Debtors are authorized to sell the property commonly known as 914 Mahogany Run Dr, Katy, TX 77494.

2. All liens must be paid at closing, in accordance with state law.

3. The property may not be sold unless all liens are paid at closing.

4. The balance of the proceeds shall be paid as follows:

    a) $750.00 to Payne & Associates, PLLC, 1225 North Loop West, Suite 550, Houston, TX 77008;

    b) The balance, if any, to David G. Peake, Chapter 13 trustee.

5. Within 14 days following the closing of any sale of real property pursuant to this order, the Debtors must provide to the Chapter 13 Trustee a copy of the final closing statement. Unless the sale was privately closed, the closing statement must be the statement issued by the title company or closing agent handling the sale.

6. If after November 21, 2020, Debtor's claimed exemptions are allowed as listed on Scheduled C (ECF No. 12), David G. Peake, Chapter 13 trustee, shall disburse the exempt funds to Debtor.

Signed:  November 02, 2020

_____
Marvin Isgur
United States Bankruptcy Judge